# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 34 WM 2014
                       :
             Respondent      :
                       :
                       :
          v.              :
                       :
                       :
BRITTANY LEIGH WILLIAMS,      :
                       :
            Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.  Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.


      Mr. Justice Stevens would deny the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc.